# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–22113–lbr</u>

Chapter 7

In re: (Name of Debtor)
   RAYNALDO E EFE                       NEMY E EFE
   3770 SWENSON ST B–206          3770 SWENSON ST # B–206
   LAS VEGAS, NV 89119             LAS VEGAS, NV 89119

Social Security No.:
   xxx–xx–1839                                  xxx–xx–0390

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JAMES F. LISOWSKI SR. is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 10/12/10                                         BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court